


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SALLY JO JACKSON-SALAZAR,**<br><br>**Defendant.** | **CR 15-77-BLG-SPW**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

Upon the United States' Motion for Leave to File Response to Defendant's Sentencing Memorandum Under Seal (Doc. 31), and for good cause being shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The United States' response to Defendant's sentencing memorandum is filed under seal.

DATED this 25th day of August, 2017.

SUSAN P. WATTERS
United States District Judge